UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| CHERYL HARTMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIBERTY LIFE ASSURANCE )<br>COMPANY OF BOSTON, )<br>)<br>Defendant. ) | Case No.: 4:18-cv-00067-JVB-JEM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Cheryl Hartman, by and through her attorneys, and the Defendant, Liberty Life Assurance Company of Boston, by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be **DISMISSED WITH PREJUDICE.** Further, each party will bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| By: /s/ Alexander C. Trueblood<br>Alexander C. Trueblood<br>Bridget O'Ryan<br>Attorneys for Plaintiff<br>O'Ryan Law Firm<br>1901 Broad Ripple Avenue<br>Indianapolis, IN 46220<br>(317) 254-5700<br>boryan@oryanlawfirm.com<br>atrueblood@oryanlawfirm.com | By: : /s/ Eric P. Mathisen<br>Eric P. Mathisen<br>Attorney for Defendant<br>Ogletree Deakins Nash Smoak & Stewart<br>56 S. Washington St., Suite 302<br>Valparaiso IN 46383<br>Ph.: (219) 242-8666<br>Fax: (219) 242-8669<br>eric.mathisen@ogletreedeakins.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, the foregoing was filed electronically. Service of this filing will be made on the following ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Eric P. Mathisen
Attorney for Defendant
Ogletree Deakins Nash Smoak & Stewart
56 S. Washington St., Suite 302
Valparaiso IN 46383
Ph.: (219) 242-8666
Fax: (219) 242-8669
eric.mathisen@ogletreedeakins.com

                                          /s/ Alexander C. Trueblood_____
                                          Alexander C. Trueblood